IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK BANKS, #05711-068                                    PLAINTIFF

VERSUS                               CIVIL ACTION NO. 5:07-cv-117-DCB-MTP

CONSTANCE REESE                                              DEFENDANTS

ORDER

This cause is before the court sua sponte.  Upon further review, it has come to the
attention of the court that plaintiff Banks has on not less than three occasions, while incarcerated,
brought a civil action or appeal under 28 U.S.C. § 1915 which has been dismissed as frivolous,
malicious, or for failure to state a claim upon which relief may be granted.  Thus, for purposes of
proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, plaintiff Banks has three "strikes".
Therefore, this court will reconsider, in a separate order, the order [8] granting plaintiff Banks in
forma pauperis status.

Having reviewed the record, this court finds that summons was issued on November 1,
2007, on the Constance Reese.  Because this court must address the plaintiff's in forma pauperis
request, in light of the three "strikes", the defendant Constance Reese is directed not to file a
responsive pleading or answer in this cause until further order of this court.

The clerk is directed to mail a copy of this order to Defendant **Constance Reese**,
**Warden**, Federal Correctional Complex at Yazoo City, 2255 Haley Barbour Parkway, Yazoo
City, Mississippi 39194; **Civil Process Clerk** at the office of the United States Attorney for the
Southern District of Mississippi, 188 E. Capitol Street, One Jackson Place, Suite 500, Jackson,
Mississippi 39201; and to the **Attorney General of the United States**, United States Department

of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0001.

THIS the __8th__ day of November, 2007.

_____s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE